# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | |
|---|---|
| **GREG JORDAN**<br> *Plaintiff* | CIVIL ACTION NO: _____ |
| **VERSUS** | JUDGE _____ |
| **FOREMOST INSURANCE COMPANY**<br> *Defendant* | MAGISTRATE _____ |

### NOTICE OF REMOVAL AND REQUEST FOR TRIAL BY JURY
### HURRICANE LAURA AND HURRICANE DELTA LITIGATION

NOW INTO COURT, through undersigned counsel, comes FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN, incorrectly named in the plaintiff's Petition for Breach of Contract, Penalties and Attorneys Fees Pursuant to La. R.S. § 22:1892 and § 22:1973 as "Foremost Insurance Company," (hereinafter from time to time referred to as "Foremost"), which hereby files this notice of removal of the above captioned action to the United States District Court for the Western District of Louisiana, Lake Charles Division, from the 14th Judicial District Court for the Parish of Calcasieu, State of Louisiana, where said action is now pending, as provided by Title 28 U.S.C. § 1441, et seq., and respectfully shows the following:

1.

That on April 28, 2022, Greg Jordan, a Louisiana domiciliary, filed in the 14th Judicial District Court for the Parish of Calcasieu, State of Louisiana a petition for damages bearing docket number 2022-1746, Division "B", seeking to recover both contractual and extra-contractual damages and naming FOREMOST INSURANCE COMPANY as the defendant. FOREMOST

INSURANCE COMPANY GRAND RAPIDS, MICHIGAN issued a policy of insurance to the plaintiff that provided certain coverages to him. Said policy forms the basis of this litigation. Defendant, FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN, is a foreign corporation organized under the laws of the State of Michigan with its principal place of business located in Grand Rapids, Michigan and, thus, it is a citizen of the State of Michigan.

2.

Defendant, FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN, was provided a copy of plaintiff's petition and citation, at the earliest, on or about June 8, 2022, as evidenced by the attached pleadings and citation. This was defendant's official notice of the lawsuit having been filed and properly served. *See* Citation, Notice, and Petition attached hereto as Exhibit "A."

3.

The action described above is a civil action of which this court has original jurisdiction under the provisions of Title 28 U.S.C. § 1332, in that it is a civil action between citizens of different states, and wherein the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

4.

Defendant, FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN, is a foreign corporation organized under the laws of the State of Michigan with its principal place of business located in Grand Rapids, Michigan and, thus, it is a citizen of the State of Michigan.

. . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . .

5.

The plaintiff, according to his Petition for Damages, is a resident of Calcasieu Parish residing in the subject property and is a domiciliary of the State of Louisiana. Therefore, he is a citizen of the State of Louisiana.

6.

The amount in controversy in this action exceeds $75,000.00 exclusive of interest and costs.[1] Plaintiff maintains that in addition to the amount of funds owed under his policy agreement, as set forth in his public adjuster's estimate, that he is also owed penalties, general damages in the form of mental anguish and emotional distress, and attorneys' fees under Louisiana law.[2] Plaintiff's allegations that he is entitled to penalties and attorneys' fees, under La. Rev. Stat. 22: 1892 and/or 1973, shall be considered in ascertaining the amount in controversy. *See St. Paul Reinsurance Co., Ltd. v. Greenberg,* 134 F.3d 1250, 1252 (5th Cir. 1998); *see also Foret v. Southern Farm Bureau Life Ins. Co.,* 918 F.2d 534, 537 (5th Cir.1990).

7.

For the foregoing reasons, this Court has jurisdiction of the subject matter of this action pursuant to 28 U.S.C. § 1332, as this action is between the citizens of different states, and the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

. . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . .

---

[1] Plaintiff provided an estimate exceeding $45,000.00 prior to suit being filed and maintained that if this estimate was not paid, a lawsuit with a claim for penalties and attorneys' fees would follow, See letter and estimate attached hereto as Exhibit "B." At the time of the subject storm, defendant had an insuring agreement, subject to the terms and conditions of same, issued to plaintiff which had dwelling limits of $68,510.00.
[2] *See* Paragraphs 16-19 of Plaintiff's Petition attached hereto as Exhibit "A."

8.

This action was commenced against all parties in state court on April 28, 2022, and first notice thereof was not received by this defendant prior to June 8, 2022, when Foremost Insurance Company Grand Rapids, Michigan was provided a copy of the plaintiff's petition.

9.

A copy of all process, pleadings and orders served upon defendant is being filed with this notice.

10.

Defendant will give written notice of the filing of this Notice of Removal in accordance with 28 U.S.C. § 1446 (d).

11.

A copy of this notice will be filed with the Clerk of the 14th Judicial District Court for the Parish of Calcasieu, State of Louisiana, as is required by Title 28 U.S.C. § 1446 (d).

12.

Defendant hereby requests a trial by jury.

WHEREFORE, defendant, FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN, requests that this action proceed in this Court, as an action properly removed to it.

. . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . .

Baton Rouge, Louisiana, this 5th day of July, 2022.

        Respectfully Submitted:

        **KINCHEN, WALKER, BIENVENU,**
          **BARGAS, REED & HELM, L.L.C.**
        9456 Jefferson Highway
        Building III, Suite F
        Baton Rouge, Louisiana 70809
        Telephone:  (225) 292-6704
        Facsimile:  (225) 292-6705
        Email:  vbargas@kwbbrlaw.com


        BY:  /s *VALERIE BRIGGS BARGAS*
          **VALERIE BRIGGS BARGAS**
          Louisiana Bar Roll Number 27392

        *Attorneys for Foremost Insurance Company*
        *Grand Rapids, Michigan*


### CERTIFICATE OF SERVICE

This is to certify that a copy of the above and foregoing *Notice of Removal* has been electronically filed on July 5, 2022 with the Clerk of court using the CM/ECF system.  Notice of this filing will be forwarded to the following attorney via the Court's Electronic Filing System, email, facsimile and/or US Mail:

    Mr. Thomas A. Filo
COX, COX, FILO, CAMEL & WILSON, LLC
      723 Broad Street
    Lake Charles, Louisiana  70601
     Email:  tomfilo@yahoo.com
      Fax:  1.337.436.9541


    *S/ VALERIE BRIGGS BARGAS*
    **VALERIE BRIGGS BARGAS**