UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| **GREG JORDAN**<br>*Plaintiff* | **CIVIL ACTION NO: 2:22-cv-0195** |
| **VERSUS** | |
| | **JUDGE JAMES D. CAIN, JR.** |
| **FOREMOST INSURANCE COMPANY**<br>*Defendant* | **MAGISTRATE JUDGE KATHLEEN KAY** |

**FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN'S
NOTICE OF COMPLIANCE WITH 28 U.S.C. 1447 (b)**

Pursuant to 28 U.S.C. 1447 (b), defendant, FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN, respectfully represents as follows:

1. The only parties to this action are Greg Jordan and Foremost Insurance Company Grand Rapids, Michigan.

2. Copies of all pleadings filed in State Court are attached hereto, specifically:
   a. Petition for Breach of Contract, Penalties & Attorneys Fees, with attachments including a Second Amended Case Management Order, Exhibit A – Initial Discovery Protocols, Exhibit B – Stipulation for Mediation, and an Interim Protective Order;
   b. Cost Bond;
   c. Request for Notice;
   d. Motion for Extension of Time;
   e. Order denying Motion for Extension of Time;
   f. Notice of Filing of Notice of Removal;

3. A copy of the return of service of process in State Court is attached hereto as attachment g.

. . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . .

Page **1** of **2**

Respectfully Submitted:

**KINCHEN, WALKER, BIENVENU,
BARGAS, REED & HELM, L.L.C.**
9456 Jefferson Highway
Building III, Suite F
Baton Rouge, Louisiana 70809
Telephone: (225) 292-6704
Facsimile: (225) 292-6705
Email: vbargas@kwbbrlaw.com

BY: /s *VALERIE BRIGGS BARGAS*
    **VALERIE BRIGGS BARGAS**
    Louisiana Bar Roll Number 27392

*Attorneys for Foremost Insurance Company
Grand Rapids, Michigan*

### CERTIFICATE OF SERVICE

This is to certify that a copy of the above and foregoing *Foremost Insurance Company Grand Rapids, Michigan's Notice of Compliance with 28 U.S.C. 1447(b)* has been electronically filed on July _____, 2022 with the Clerk of court using the CM/ECF system. Notice of this filing will be forwarded to the following attorney via the Court's Electronic Filing System, email, facsimile and/or US Mail:

Mr. Thomas A. Filo
COX, COX, FILO, CAMEL & WILSON, LLC
723 Broad Street
Lake Charles, Louisiana 70601
Email: tomfilo@yahoo.com
Fax: 1.337.436.9541

   ___*S/ VALERIE BRIGGS BARGAS*____
   **VALERIE BRIGGS BARGAS**