UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| **GREG JORDAN**<br>*Plaintiff* | **CIVIL ACTION NO: 2:22-cv-01975** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **FOREMOST INSURANCE COMPANY**<br>*Defendant* | **MAGISTRATE JUDGE KATHLEEN KAY** |

### **JUDGMENT**

Pursuant to the Jury Verdict [Doc. 47] rendered in open Court on October 4, 2023:

IT IS ORDERED, ADJUDGED, AND DECREED that plaintiff's suit against defendant, FOREMOST INSURANCE COMPANY GRAND RAPIDS MICHIGAN, be and is hereby dismissed, with prejudice.

THUS READ AND RENDERED IN OPEN COURT on October 4, 2023, and SIGNED IN CHAMBERS on October 13, 2023.

_____
HONORABLE JUDGE JAMES D. CAIN, JR.
UNITED STATES DISTRICT COURT